UNITED STATES OF AMERICA
DISTRICT COURT
COLUMBIA

ANTHONY BRIAN MALLGREN
4421 NORTH SULLIVAN ROAD
APARTMENT 5
SPOKANE VALLEY, WASHINGTON 99216
475-441-3939

VS.

Case: 1:16-cv-01770
Assigned To : Contreras, Rudolph
Assign. Date : 9/1/2016
Description: Pro Se Gen. Civil (F Deck)

UNITED STATES OF AMERICA
ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NORTH-WEST
WASHINGTON DISTRICT OF COLUMBIA 20530

JOHN ROBERTS
UNITED STATES OF AMERICA SUPREME COURT CHIEF JUSTICE
1 FIRST STREET NORTH-EAST
WASHINGTON DISTRICT OF COLUMBIA 20543

## EMERGENCY COMPLAINT

JURISDICTION

1. United States of America as defendant.

RECEIVED
JUL 18 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

BACKGROUND INFORMATION

2. Plaintiff, Anthony Brian Mallgren (7279), approached the clerk of the United States of America Supreme Court July 18th, 2016. ("Approach")

3. Upon Approach, Plaintiff, Anthony Brian Mallgren (7279), was told by a "Miss Marshall", several statements. ("Conversation")

4. During Conversation, it was said Defendant, "Chief Justice John Roberts", was responsible for articulating and implementing court rules for the United States of America Supreme Court.

5. During Conversation, it was said there are no specific accommodations provided for people classified as disabled by means of mental impairment.

6. Plaintiff, Anthony Brian Mallgren (7279), has been classified as disabled by means of mental impairment by the government of the United States of America.

7. It is requested that all parties, facts, exhibits and requested relief be referenced as if fully enumerated herein, from 2:16-CV-251-SAB in United States of America, District Court, Eastern Washington. ("Residence Difficulty")

8. Plaintiff, Anthony Brian Mallgren (7279), has a sincere belief in Judaism.

9. During Conversation, it was said there is no request procedure for changes to the rules of the United States of America Supreme Court.

10. Plaintiff, Anthony Brian Mallgren (7279), has had difficulty accessing the United States of America Supreme Court on previous occasion, as shown in 1:13-cv-01200-UNA.

11. Plaintiff, Anthony Brian Mallgren (7279), has unsuccessfully sought shelter and residence in the States of Washington, California, New York and Florida. ("Residence Search").

12. ~~During Conversation, Anthony Brian Mallgren (7279), explained the difficulty in receiving mail due to Residence Seach and was told nothing could be done by the United States of Supreme~~

12. Plaintiff, Anthony Brian Mallgren (7279), has had difficulty receiving mail due to Residence Search.

13. Plaintiff, Anthony Brian Mallgren (7279), has experienced difficulty remaining in a single circuit long enough to again exhaust the lower courts, due to arrests, perceived misconduct, involuntary admissions to psychiatric wards, interstate discharge, Residence Search, job search efforts, et cetera.

RELIEF

14. Plaintiff, Anthony Brian Mallgren (7274), requests accommodations through updates to the rules of the United States of America Supreme Court.

15. Plaintiff, Anthony Brian Mallgren (7274), requests updates to resolve issues experienced when using electronic applications provided by the "United States Patent and Trademark Office".

16. Plaintiff, Anthony Brian Mallgren (7274), requests more complete guidance by the Small Business Administration, including notes for the Competitors section of the Market Research part of the Build Your Business Plan tool.

17. Plaintiff, Anthony Brian Mallgren (7274), requests more accommodative living situation support by the United States of America government.

I declaring the foregoing under penalty of perjury.

_[signature]_                                July 18th, 2016

Anthony Brian Mallgren
4421 North Sullivan Road
Apartment 5
Spokane Valley, Washington 99216